

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2020R00687

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2020

By E-mail

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. David Wright
                Case No. 20-MJ-672

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                Respectfully submitted,

                SETH D. DuCHARME
                Acting United States Attorney

      By:      /s/
                Andrew Wang
                Assistant U.S. Attorney
                (718) 254-6311

Enclosure

cc:    Clerk of Court (by ECF)
       Amanda David, Esq. (by ECF)

ADW
F.# 2020R00687

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID WRIGHT,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

Case No. 20-MJ-672

  Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew Wang, for an order unsealing the above-captioned matter in its entirety.

  WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
    8/18/20, 2020

*Lois Bloom*
_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK