# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy             DATE :   10/14/2020

DOCKET NUMBER:   20-CR-351(SJ)                 LOG # :   9:09-10:06

DEFENDANT'S NAME :   David Wright
    X   Present (via tel)     ___ Not Present     X   Custody     ___ Bail

DEFENSE COUNSEL:   Amanda David
    X   Federal Defender     ___ CJA     ___ Retained

A.U.S.A:   Jack Dennehy                        CLERK:   M. Sica

Court Reporter :                               (Language)

_X_  Defendant arraigned on the: _X_ indictment __ superseding indictment __ probation violation

_X_  Defendant pleads NOT GUILTY to ALL counts.

_X_  DETENTION HEARING Held.     ___ Defendant's first appearance.

   ___ Bond set at _____    Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   _-_ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_-_ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____
___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings :  All parties appeared via telephone conference.  Pretrial Officer Shavoy Aikens present Via telephone. Defense presented a bail package; The government opposed for reasons stated on the record.  The Court denied the bail package.  Order of detention remains in effect