

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JD

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2021

<u>By ECF</u>

Hon. Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:    United States v. David Wright
               <u>Crim. Dkt. No. 20-351 (SJ)</u>

Dear Judge Johnson:

      The parties respectfully write to request a first status conference of this matter, following defense motion practice before the Hon. Robert M. Levy. The Metropolitan Detention Center ("MDC") reports that available dates for a telephone conference with the Court are as follows:

      Wednesday, March 24, 2021 at 10:30 or Noon

      Wednesday, March 31, 2021 at Noon

      Wednesday, April 7, 2021 at 10:30 or Noon

      The parties also jointly request that an order of excludable delay be entered from February 25, 2021 through the next status conference date as set by the Court.

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By:    s/Jack Dennehy
Jack Dennehy
Assistant U.S. Attorney
(718) 254-6133

Cc: Defense Counsel (By ECF)